UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,<br><br>Plaintiff,<br><br>-vs-<br><br>ILLINOIS UNION INSURANCE COMPANY, WILLIS TOWERS WATSON SOUTHEAST, INC. F/K/A WILLIS OF TENNESSEE, INC., and ABC INSURANCE COMPANY,<br><br>Defendants. | Case No. 21-820 |

**DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 1441, defendant ILLINOIS UNION INSURANCE COMPANY ("Illinois Union"), by its undersigned attorneys Gieger, Laborde & Laperouse, L.L.C., hereby removes the above-captioned action (the "Action"), bearing Docket No. 2021-00826 in the State of Louisiana Civil District Court for the Parish of Orleans, to the United States District Court for the Eastern District of Louisiana. In support of this Notice of Removal, Illinois Union avers as follows:

1. On or about January 28, 2021, plaintiff The Administrators of the Tulane Educational Fund ("Tulane") commenced the Action currently pending in the State of Louisiana Civil District Court for the Parish of Orleans, under Docket No. 2021-00826. A true and complete copy of the Petition is annexed hereto as **Exhibit A.** As Tulane has not served any of the defendants, Illinois Union has not yet filed a responsive pleading in the Action, and no further proceedings have taken place in the Action.

2. Plaintiff Tulane is a not-for-profit corporation organized under the laws of the State of Louisiana, with a principal place of business in the State of Louisiana. Ex. A., Compl. ¶ 1.

3. Defendant Illinois Union is a corporation organized under the laws of the State of Illinois, with a principal place of business in the Commonwealth of Pennsylvania and a statutory home office in the State of Illinois.

4. Defendant Willis Towers Watson Southeast, Inc. f/k/a Willis of Tennessee, Inc. ("Willis") is a corporation organized under the laws of the State of Tennessee, with a principal place of business in the State of Tennessee.

5. Defendant ABC Insurance Company is a fictional and presently unknown party. A fictional entity has no place of organization or principal place of business.

6. Illinois Union removes this action based on diversity of citizenship jurisdiction, pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b). As set forth below, the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. The Petition alleges that Illinois Union has breached the subject insurance policy by declining to provide coverage for Tulane's COVID-19-related claim. Tulane also seeks, *inter alia*, insurance proceeds from Illinois Union of up to $10,000,000 pursuant to the subject insurance policy. Exhibit A, Compl. ¶¶ 57-59. Thus, the amount in controversy for the claims asserted against Illinois Union exceeds $75,000.

8. Defendant Willis has yet to be served with the Petition.

9. Illinois Union has yet to be served with the Petition.

10. This Notice of Removal is timely under 28 U.S.C. § 1441(b) because Illinois Union has not been served with the Petition, and pre-service removal of this Action is proper pursuant to *Delgado v. Shell Oil Co.*, 231 F.3d 165, 177 (5th Cir. 2000).

11. Pursuant to 28 U.S.C. § 1446(b)(2)(A), Illinois Union need not obtain the consent of Willis to remove the Action because Willis has not been served with the Petition.

12. After filing this Notice of Removal, Illinois Union will promptly serve written notice of this Notice of Removal on counsel for Tulane and file the same with the Clerk of the State of Louisiana Civil District Court for the Parish of Orleans, in accordance with 28 U.S.C. § 1446(d).

13. Attached to this Notice of Removal, and by reference made part hereof, are true and correct copies of all process and pleadings in the Action, consisting of the Petition. *See* Exhibit A.

14. By removing the Action from the State of Louisiana Civil District Court for the Parish of Orleans, Illinois Union does not waive any rights, defenses, or procedural remedies available to it.

15. By removing the Action from the State of Louisiana Civil District Court for the Parish of Orleans, Illinois Union does not admit any of the allegations in the Petition.

**WHEREFORE**, Illinois Union respectfully requests that the above-captioned Action now pending in the State of Louisiana Civil District Court for the Parish of Orleans be removed therefrom to this Court.

Respectfully submitted,

*/s/Robert I. Siegel*
ROBERT I. SIEGEL (12063)
JAMESON M. TAYLOR (32718)
**GIEGER, LABORDE & LAPEROUSE, LLC**
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: rsiegel@glllaw.com
E-mail: jtaylor@glllaw.com
*Counsel for Illinois Union Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of April, 2021, served a copy of the foregoing **Notice of Removal** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding**.**

                                                */s/ Robert I. Siegel*
                                                ROBERT I. SIEGEL