**Curtis, Martha**

| | |
|---|---|
| **From:** | Curtis, Martha |
| **Sent:** | Thursday, April 22, 2021 10:33 AM |
| **To:** | 'Haas, Kevin'; rsiegel@glllaw.com; 'kelly.smits@willistowerswatson.com' |
| **Cc:** | Z-victoria@tulane.edu; Z-mwhitte@tulane.edu; Garner, James |
| **Subject:** | Tulane v. Illinois Union Ins. Co./Second Partial Proof of Loss with Additional Exemplar Supporting Invoices for COVID-19 Vaccinations |
| **Attachments:** | Attachments.html |

Kevin:

Please see additional exemplar supporting invoices in the Citrix download link below for Tulane COVID-19 vaccinations Bates-stamped, TULANE/VACCINATION/00001-00421.

To March 31, 2021, COVID-19 vaccinations have cost Tulane over $14.2 million (in addition to over $10 million for COVID-19 testing and over $9.5 million for other covered remediation costs) for a total of over $33.7 million.

We look forward to working with you and Rob Saturday on this matter.

Cordially,

Jim and Martha

---

| Citrix Attachments | Expires October 19, 2021 |
|---|---|
| TULANE-VACCINATION-00001-00421 (0131...57).pdf | 67 MB |

**Download Attachments**

Linda Graffagnini uses Citrix Files to share documents securely.

---

**MARTHA Y. CURTIS| ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | mcurtis@shergarner.com | O: 504-299-2111 | C: 504-782-4659 | F: 504-299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans via the United States Postal Service.

**EXHIBIT B**

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.