UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND<br><br>v.<br><br><br>ILLINOIS UNION INSURANCE COMPANY ET AL. | CIVIL ACTION<br><br>NO. 21-820<br><br>SECTION T(1)<br><br>DISTRICT JUDGE<br>GREG G. GUIDRY<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO WHETHER COVID-19 TESTING, QUARANTINE, AND VACCINATION COSTS QUALIFY AS "REMEDIATION COSTS" UNDER THE POLICY AT ISSUE

Plaintiff The Administrators of the Tulane Educational Fund, ("Tulane") move this Court for partial summary judgment as to whether certain categories of costs (namely, COVID-19 testing, quarantine, and vaccination costs) it has submitted to its insurer Illinois Union Insurance Company ("IUIC") qualify as "Remediation Costs" under the terms of the unique IUIC Premises Pollution

Liability Insurance Policy G71469776001 issued to Tulane for the period of February 27, 2019 to February 27, 2022 ("Policy"). For the reasons set forth in the accompanying Memorandum in Support, Tulane seeks a partial summary judgment in its favor against IUIC declaring that these categories of costs Tulane incurred related to COVID-19 are "remediation costs" under the definition of that term in the policy at issue.

Respectfully submitted,

*/s/ James M. Garner*

JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446
AMANDA R. SCHENCK, #30706
STEPHANIE T. WARTELLE #40095
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR PLAINTIFF/COUNTERCLAIM DEFENDANT THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**