UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,<br><br>                    Plaintiff,<br><br>         -vs-<br><br>ILLINOIS UNION INSURANCE COMPANY, WILLIS TOWERS WATSON SOUTHEAST, INC. F/K/A WILLIS OF TENNESSEE, INC., and ABC INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 2:21-cv-00820-GGG-JVM |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Illinois Union Insurance Company ("Illinois Union") moves this Court for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds that costs incurred by the Plaintiff the Administrators of the Tulane Educational Fund ("Tulane") with respect to COVID-19 testing, quarantine and vaccination costs do not qualify as "remediation costs" under the insurance policy at issue. For the reasons set forth in the accompanying Memorandum in Support, Illinois Union seeks a partial summary judgment in its favor against Tulane.

Respectfully submitted,

*s/ Robert I. Siegel*
ROBERT I. SIEGEL (12063)
ERIKA M. CUNNINGHAM (31890)
**GIEGER, LABORDE & LAPEROUSE, LLC**
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: rsiegel@glllaw.com
E-mail: ecunningham@glllaw.com

1

- AND –

Kevin Haas (admitted *pro hac vice*)
Marianne May (admitted *pro hac vice*)
Thomas Carruthers (admitted *pro hac vice*)
Clyde & Co US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6719
Facsimile: (973-210-6701
E-mail: kevin.haas@clydeco.us
E-mail: marianne.may@clydeco.us
E-mail: thomas.carruthers@clydeco.us

*Counsel for Illinois Union Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March 2022, I filed the foregoing Motion into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL