UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADMINISTRATORS OF THE TULANE EDULATIONAL FUND, *Plaintiff* | * * * | CIVIL ACTION NO. 21-820 |
| | * * | SECTION: "T" (1) |
| VERSUS | * * | JUDGE GREG GERARD GUIDRY |
| ILLINOIS UNION INSURANCE COMPANY, ET AL., *Defendants* | * * * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

IT IS ORDERED that oral argument on Plaintiff's Motion to Compel (Rec. Doc. 83) scheduled for **Wednesday, August 17, 2022**, at **11:00 a.m.**, before Magistrate Judge Janis van Meerveld, will be conducted via **VIDEO CONFERENCE**. A Zoom for Government link will be circulated to counsel of record via email. Everyone should join the link about five minutes ahead of the start time and wait to be admitted by the judge.

New Orleans, Louisiana, this 9th day of August, 2022.

_____
Janis van Meerveld
United States Magistrate Judge