| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, | |
| Plaintiff, | Case No. 2:21-cv-00820-GGG-JVM |
| -vs- | JUDGE GREG G. GUIDRY |
| ILLINOIS UNION INSURANCE COMPANY, WILLIS TOWERS WATSON SOUTHEAST, INC. F/K/A WILLIS OF TENNESSEE, INC., and ABC INSURANCE COMPANY, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## SUPPLEMENTAL WITNESS AND EXHIBIT LIST

**NOW COMES** Defendant, Illinois Union Insurance Company ("Illinois Union"), pursuant to the Court's Scheduling Order, to identify the following witnesses who may be called and exhibits which may be used at the trial of this matter:

**WITNESSES:**

1. Jack Wallace, Bert McKeand, Brian Smith, Donna Bell, Robin Kelliher, Greg Gilmore, Brian McBride, Kelly Smits and/or other representatives of Willis Towers Watson Southeast, Inc. f/k/a Willis of Tennessee, Inc. ("Willis"), who may be contacted through their counsel, Edward J. Baines, at the following address:

   Saul Ewing Arnstein & Lehr LLP
   500 E. Pratt Street, Suite 800
   Baltimore, MD 21202
   ted.baines@saul.com
   (410) 332-8600

2. Joyce Fred, John Hadden, Jr., Diane Surla, Denise Carroll, Meredith Whitten, Victoria Johnson, Katie Magoun, Marne Smith, Guido Salvatierra and/or other representatives of The Administrators of the Tulane Educational Fund ("Tulane"), who may be contacted through their counsel:

> James M. Garner and Martha Y. Curtis
> Sher Garner Cahill Richter Klein & Hilbert LLC
> 909 Poydras Street, Suite 2800
> New Orleans, Louisiana 70112
> jgarner@shergarner.com
> mcurtis@shergarner.com
> (504) 299-2100

3. Matthew Thompson, David Klink, Christopher Stella, Jack Frost, and/or other representatives of Illinois Union, who may be contacted through the undersigned;

4. Louis Fey, expert witness for Tulane, who may be contacted through Tulane's counsel;

5. Brad Maurer, expert witness for Willis, who may be contacted through Willis' counsel;

6. Charles Levy, Theodore Hogan, Arthur Reingold, and Karen Fortune, expert witnesses for Illinois Union, who may be contacted through the undersigned;

7. Any expert that may be identified in accordance with the Court's Scheduling Order;

8. Any witness deposed in this matter;

9. Any person as necessary to authenticate documents and/or exhibits;

10. Any person as necessary for impeachment and rebuttal; and

11. Any witness listed or called by any other party.

**EXHIBITS:**

1. Electronically stored documents, emails and/or correspondence related to Tulane's insurance coverage, including those concerning the placement of the PPL Policy, that are maintained on Willis's servers, and the documents produced by Willis bates stamped WTW_0000001 – WTW_0013489;

2. Printed materials from the referenced electronic files of Willis that may be maintained at Willis's office(s) in the United States, as designated by Willis in its Initial Disclosures;

3. Hard copy files of Willis concerning the Tulane account that may be maintained at Willis's office(s) in the United States, as designated by Willis in its Initial Disclosures;

4. Documents identified in disclosures of other parties or non-parties as provided in discovery, as well as any documents identified or produced in discovery by other parties, as designated by Willis in its Initial Disclosures;

5. Producer Agreement effective February 19, 2019 between Willis and Illinois Union, bates stamped WTW_0013490 – WTW_0013510, as produced by Willis in its supplemental document production on July 28, 2022;

6. Producer Agreement effective February 19, 2019 between Willis and Illinois Union, bates stamped CHUBB003361 - CHUBB003381, as produced by Illinois Union in its supplemental document production on August 1, 2022;

7. Electronically stored documents, emails and/or correspondence related to Tulane's insurance coverage and coverage claim, as produced by Tulane in its document productions between November 2021 and July 2022;

8. February 12, 2019 Willis Environmental Proposal for the policy period 2/27/2019-2020, as designated by Tulane in its Initial Disclosures;

9. 2/12/2019 Handwritten Notes made by Joyce Fred, as designated by Tulane in its Initial Disclosures;

10. 2/12/2019 Handwritten Notes made by John Hadden, as produced by Tulane in June 2022;

11. 2/12/2019 l Handwritten Notes made by Diane Surla, as produced by Tulane in June 2022;

12. 2/22/2019 Quotation #1, as produced by Willis in its document productions;

13. 2/25/2019 Quotation #2, as produced by Willis in its document productions;

14. 2/25/2019 Quotation #3, as produced by Willis in its document productions;

15. 2/26/2019 Final Quote #4, as designated by Tulane in its Initial Disclosures;

16. 3/1/2019 Binder #1, as produced by Willis in its document productions;

17. 3/5/2019 Binder #2, as produced by Tulane in its document productions;

18. 2/26/2019 Email Exchange between Joyce Fred and Brian McBride of Willis, as designated by Tulane in its Initial Disclosures;

19. 2/26/2019 7:04 a.m. Email from Brian McBride to Joyce Fred with attached Willis Environmental Coverage Comparison, as designated by Tulane in its Initial Disclosures;

20. 3/5/2019 Illinois Union Binder, as designated by Tulane in its Initial Disclosures;

21. 3/8/2019 Email from Brian McBride to John Hadden, Jr. with attached Willis Environmental Coverage Comparison, as designated by Tulane in its Initial Disclosures;

22. Illinois Union Chubb Premises Pollution Liability Insurance Policy ("PPL") incepted 2/27/2019 and transmitted to Tulane 5/17/2019, as designated by Tulane in its Initial Disclosures;

23. 5/17/2019 Email from Donna Bell of Willis to John Hadden, Jr. Transmitting PPL, as designated by Tulane in its Initial Disclosures;

24. 3/26/2020 Email from Bert McKeand to John Hadden showing sample Chubb endorsement language, as produced by Tulane and Willis in their document productions;

25. 3/31/2020-4/2/2020 Email Chain Between Brian McBride and John Hadden, Jr. with subject "Environmental Endorsement", as designated by Tulane in its Initial Disclosures;

26. 4/7/2020 Notice to Illinois Union by Tulane of COVID-19-related claims under PPL, as designated by Tulane in its Initial Disclosures;

27. 5/7/2020 Email from Donna Bell to John Hadden, Jr. Transmitting Endorsement No. 44 with Endorsement No. 44 with edition date (4/20) , as designated by Tulane in its Initial Disclosures;

28. 5/27/2020 Letter from David Klink on behalf of Illinois Union to Tulane, as designated by Tulane in its Initial Disclosures;

29. 7/14/2020 Letter from David Klink to Tulane, as designated by Tulane in its Initial Disclosures;

30. 9/8/2020 Email from Robin Kelliher to John Hadden and Meredith Whitten, with carbon copy to Bert McKeand and Brian Smith, attaching three sample Chubb endorsements, as produced by Willis in its document productions;

31. 11/14/2020 Partial Proof of Loss letter from Tulane to David Klink, as designated by Tulane in its Initial Disclosures;

32. 1/28/2021 Petition filed by Tulane against Illinois Union and Willis in Civil District Court, as designated by Tulane in its Initial Disclosures;

33. 7/1/2021 Amended Complaint filed by Tulane against Illinois Union and Willis in U.S.D.C. Eastern District of Louisiana;

34. 4/17/2021 Second Partial Proof of Loss letter from Tulane to Illinois Union through its counsel Kevin Haas, as designated by Tulane in its Initial Disclosures;

35. 4/22/2021 Supplement to Second Partial Proof of loss from Tulane to Illinois Union through Kevin Haas, as designated by Tulane in its Initial Disclosures;

36. Illinois Union Communicable, Infectious or Contagious Diseases Exclusionary Endorsement form PF-53227 (06/20) and MS-297436.38 (06/20), attached as Exhibit C to Tulane's First Amended and Re-stated Complaint filed in this matter on June 23, 2021, as designated by Tulane in its Initial Disclosures;

37. COVID-19-remediation-related invoices incurred by Tulane, including, but not limited to, TULANE/FASTENAL/00001 – 00035, TULANE/PPE/00001 – 00005, TULANE WOODARD&CURRAN/00001 – 00005, TULANE/BMS CAT INVOICE 8-12-2020/00001 – 00403, TULANE/SERVPRO/3-23-2020-00001, TULANE/SERVPRO/5-21-2020-00001, TULANE/SERVPRO/6-12-2020/00001, TULANE/PLEXIGLASS/ 00001 – 00013, TULANE/JS HELD/00001 – 00012, TULANE/JANITORIAL/00001 – 00006, as designated by Tulane in its Initial Disclosures;

38. Documents regarding Tulane's attorneys' fees and costs, as designated by Tulane in its Initial Disclosures;

39. All other documents regarding Tulane's attorneys' fees and costs, as produced or referenced by Tulane;

40. The Illinois Union Policy at issue in this case, as designated by Illinois Union in its Initial Disclosures;

41. Correspondence between Plaintiff and Illinois Union and related materials included within the claim file, as designated by Illinois Union in its Initial Disclosures;

42. Correspondence between Plaintiff and Illinois Union and related materials included within the underwriting file, as designated by Illinois Union in its Initial Disclosures;

43. Correspondence between Illinois Union and defendant Willis Towers Watson Southeast, Inc. f/k/a Willis of Tennessee, Inc. ("Willis") and related materials included in the claim file, as designated by Illinois Union in its Initial Disclosures;

44. Correspondence between Plaintiff and defendant Willis Towers Watson Southeast, Inc. f/k/a Willis of Tennessee, Inc. ("Willis") and related materials included in the underwriting file, as designated by Illinois Union in its Initial Disclosures;

45. Electronically stored documents, emails and/or correspondence related to Tulane's insurance coverage and coverage claim, as produced by Illinois Union in its document productions between November 2021 and August 2022;

46. Declaration of John Hadden, signed by Mr. Hadden on March 8, 2022;

47. Declaration of Joyce Fred, signed by Ms. Fred on June 29, 2022;

48. Any and all documents designated as exhibits in depositions of all fact witnesses, expert witnesses and corporate representative witnesses deposed in this action;

49. Any and all documents designated as documents reviewed by all above-referenced expert witnesses as referenced in the expert reports.

Illinois Union reserves the right to supplement and amend this Witness and Exhibit List as discovery is ongoing.

Dated: August 29, 2022


*[Signature block on following page]*

Respectfully submitted,

*/s/ Ericka M. Cunningham*
ROBERT I. SIEGEL (12063)
ERIKA M. CUNNINGHAM (31890)
**GIEGER, LABORDE & LAPEROUSE, LLC**
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
E-mail: rsiegel@glllaw.com
E-mail: ECunningham@glllaw.com

– AND –

KEVIN HAAS (admitted *pro hac vice*)
THOMAS CARRUTHERS (admitted *pro hac vice*)
**CLYDE & CO US LLP**
340 Mount Kemble Avenue, Suite 300
Morristown, NJ 07960
Telephone: (973) 210-6719
Facsimile: (973) 210-6701
E-mail: kevin.haas@clydeco.us
E-mail: thomas.carruthers@clydeco.us

*Counsel for Defendant Illinois Union Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August 2022, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

*/s/ Erika M. Cunningham*
Erika M. Cunningham