UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF<br>THE TULANE EDUCATIONAL<br>FUND<br><br>v.<br><br>ILLINOIS UNION INSURANCE<br>COMPANY ET AL. | CIVIL ACTION<br><br>NO. 21-820<br><br>SECTION T(1)<br><br>DISTRICT JUDGE<br>GREG C. GUIDRY<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND'S LIST OF TRIAL WITNESSSES AND LIST OF TRIAL EXHIBITS

Plaintiff, The Administrators of the Tulane Educational Fund ("Tulane"), submits its List of Trial Witnesses and List of Trial Exhibits identifying witnesses who may or will be called to testify at trial and exhibits that may or will be used at trial in accordance with the Court's July 6, 2022 Order regarding same.

## RESERVATION OF RIGHTS

Tulane reserves the right to supplement or amend its List of Trial Witnesses and List of Trial Exhibits. Additional documents and witnesses supporting Tulane's claims may be revealed through discovery. The discovery deadline is September 16, 2022, and not all depositions have been completed. Thus, Tulane reserves the right

to use at trial all exhibits to depositions, including those not yet taken, and all exhibits to pleadings, including those not yet filed.

Also, based on this Court's ruling on the cross-motions for partial summary judgment as to human-related COVID-19 testing, vaccination, and quarantine meals and hotels, Tulane is not listing witnesses or exhibits regarding those categories at this time, but reserves the right to do so if the ruling is revisited by this Court and/or to proffer same at trial.

Therefore, Tulane reserves its right to supplement its List of Trial Witnesses List and List of Trial Exhibits.

## **WITNESS LIST**

1. Joyce K. Fred (JKF), Tulane's former Vice President, Insurance and Risk Management

2. Diane R. Surla (DRS), Tulane's Director of Risk Management

3. John C. Hadden, Jr. (JCH), Tulane's former Director of Insurance

4. Randolph A. Philipson, Tulane's Vice President, Facilities, Campus Development & Real Estate

5. Guido E. Salvatierra, Tulane's Director of Operations and Maintenance

6. Patrick Norton, Tulane's Senior Vice President and Chief Operating Officer

7. Louis Fey, Jr.

8. John Guillory, Sodexo Incorporated and Affiliates

9. Lisa Vohskul, Sodexo Incorporated and Affiliates

10. Corporate representative(s) of Tulane to authenticate any documents or as designated in response to any Rule 30(b)(6) notice

11. Tracey Dodd and/or another employee of JS Held

The following witnesses will be offered by Tulane on cross-examination:

12. Corporate representative(s) of Willis Towers Watson Southeast, Inc. f/k/a Willis of Tennessee, Inc.

13. Corporate representative(s) of Illinois Union Insurance Company

14. Brian Smith (BS)
    Willis Towers Watson
    Willis of Tennessee, Inc.

15. William "Bert" McKeand, Jr. (BM)
    Willis Towers Watson
    Willis of Tennessee, Inc.

16. Jack Wallace
    Willis Towers Watson
    Willis of Tennessee, Inc.

17. Robin Kelliher ("RK")
    Willis Towers Watson
    Willis of Tennessee, Inc.

18. Matthew Thompson
    Chubb Environmental

19. David Klink
    Chubb North America Claims

20. Christopher Stella

21. Jack Frost

22. Any witness needed to authenticate a document

23. Any witness needed for rebuttal and/or impeachment purposes

24. Any other witnesses listed, subpoenaed, or called by any other party

25. Any witness whose existence or significance is revealed during the course of discovery

26. Any witness from whom a deposition, sworn testimony, sworn statement, and/or Declaration Under Penalty of Perjury has or will be taken in this case

As indicated above, discovery is ongoing and Tulane reserves the right to amend or supplement this list.

## EXHIBIT LIST

1. Resume or other documentation of JKF's Master of Business Administration degree, Master of Public Administration degree, Associate of Risk Management (ARM) designation, and Certified Insurance Counselor (CIC) designation

2. Resume or other documentation of JCH's Louisiana Property and Casualty insurance license, Commercial Lines Coverage Specialist (CLCS) designation from the Hartford School of Insurance and the National Underwriter Company, and Certified Insurance Counselor (CIC) designation from The National Alliance for Insurance and Education

3. Resume/curriculum vitae and expert report of Louis Fey, Jr. and exhibits attached thereto

4. 2/27/2019-2020 Willis Environmental Proposal

5. 2/12/2019 Proposal Handwritten Notes made by JKF (TULANE/CHUBB-2-12-2019-PROPOSAL NOTES/JKF/00002) (Fey Ex. 17)

6. 2/12/2019 Proposal Handwritten Notes made by DRS (TULANE/CHUBB-2-12-2019-PROPOSAL NOTES-DRS/00001) (Fey Ex. 15)

7. 2/12/2019 Proposal Handwritten Notes made by JCH (TULANE/CHUBB-2-12-2019-PROPOSAL NOTES/JCH/00002) (Fey Ex. 16)

8. Entire full color originals of 2/12/2019 Proposal Books provided to JKF, DRS, and JCH containing each of their respective handwritten notes (Surla copy at Surla Ex. 24); (Hadden copy at Ex. 37)

9. 2/26/2019 Final Quote #4

10. 2/26/2019 Email Exchange between JKF and BM of Willis

11. 2/26/2019 7:04 a.m. Email Exchange from BM to JKF with attached Willis Environmental Coverage Comparison and JKF's response at 5:00 p.m. with instruction to bind coverage

12. 3/5/2019 IUIC Binder

13. 3/8/2019 Email from BM to JCH with attached Willis Environmental Coverage Comparison

14. Proof of the payment of the premium of $275,000 from Tulane to Willis for the IUIC PPL

15. IUIC Chubb Premises Pollution Liability Insurance Policy ("PPL") incepted 2/27/2019 and transmitted to Tulane 5/17/2019

16. 5/17/2019 Email from Donna Bell ("DB") of Willis to JCH Transmitting PPL – WTW_0005459-5542

17. 3/26/2020 Email from BM to JCH with subject "Environmental" - WTW_0012072-12073

18. 3/31/2020-4/2/2020 Email Chain Between BM and JCH with subject "Environmental Endorsement"

19. 4/7/2020 Notice to IUIC by Tulane of COVID-19-related claims under PPL

20. 5/7/2020 Email from DB to JCH Transmitting Endorsement No. 44 with Endorsement No. 44 with edition date (4/20)

21. 5/27/2020 Letter from David Klink ("DK") on behalf of IUIC to Tulane

22. 7/8/2020 Letter from Tulane to DK with attachment

23. 7/14/2020 Letter from DK to Tulane

24. 9/18/2020 Email from RK to JCH and Meredith Whitten carbon copy to BM and BS with attached endorsements - TULANE/CHUBBPPL/9-18-2020/WILLISEMAILWITHFORMS/0001- 9 (Fey Ex. 18)

25. 11/14/2020 Partial Proof of Loss letter from Tulane to DK with attachments

26. 1/28/2021 Petition filed by Tulane against IUIC and Willis in Civil District Court

27. 4/17/2021 Second Partial Proof of Loss letter from Tulane to IUIC through its counsel Kevin Haas ("KH") with attachments

28. 4/22/2021 Supplement to Second Partial Proof of loss from Tulane to IUIC through KH

29. 6/23/2021 First Amended and Restated Complaint filed in this matter

30. IUIC Communicable, Infectious or Contagious Diseases Exclusionary Endorsement form PF-53227 (06/20) and MS-297436.38 (06/20), attached as Exhibit C to Tulane's First Amended and Restated Complaint filed in this matter on June 23, 2021

31. Agency Agreements in effect between Willis and IUIC at any time from February 2019 to February 2022

32. TULANE COVID-19 POSITIVES/00001-00232

33. TULANE/JS HELD CORRESPONDENCE/00001-01447

34. COVID-19-remediation-related invoices incurred by Tulane, including, but not limited to,

    a. TULANE/FASTENAL/00001-00035

    b. TULANE/PPE/00001-00005

    c. TULANE/WOODARD&CURRAN/00001-00005

    d. TULANE/BMS CAT INVOICE 8-12-2020/00001-00403

    e. TULANE/SERVPRO/3-23-2020-00001

    f. TULANE/SERVPRO/5-21-2020-00001

    g. TULANE/SERVPRO/6-12-2020/00001

    h. TULANE/PLEXIGLASS/00001-00013

    i. TULANE/JS HELD/00001-00012

    j. TULANE/JANITORIAL/00001-00006

    k. TULANE/REMEDIATION INVOICES/00001-01515

    Including for the following categories of vendors:

       C & C PRESSURE WASHING

       CATAHOULA SIGN AND OTHERS

       SANITIZERS, WIPES, DISINFECTANTS, CLEANING KITS

       INVESTIGATION, TESTING, MONITORING

    CRYSTAL CLEAR IMAGING (CCI)

    ALLIED PAPER COMPANY

    A & L SALES, INC.

    ASSOCIATED OFFICE SYSTEM (AOS)

    BMS CAT INC

    J S HELD LLC

    WOODARD & CURREN

    W.D. SCOTT, INC.

    JONES LANG LASALLE

    LAKESIDE JANITORIAL LLC

    SERVPRO OF METAIRIE/KENNER

    SODEXO INCORPORATED & AFFILIATES

35. Any additional documents produced or to be produced by Tulane

36. Guidances as to combatting COVID-19 in Institutes of Higher Education from the Centers for Disease Control and Prevention, Louisiana State Health Department, and City of New Orleans Health Department

37. Documents regarding Tulane's attorneys' fees and costs. Tulane will ask the Court that only summaries be provided due to attorney-client privilege issues and that the calculation of attorneys' fees and costs be done after the jury trial if the jury awards same

38. WTW_0000001 – WTW_004869 as produced by Willis

39. CHUBB000001 – CHUBB003482 as produced by IUIC

40. IUIC Claims Notes

41. Printed materials from the referenced electronic files of Willis that may be maintained at Willis's office(s) in the United States, as designated by Willis in its Initial Disclosures

42. Hard copy files of Willis concerning the Tulane account that may be contained at Willis's offices in the United States as designated by Willis in its Initial Disclosures

43. Documents identified in disclosures of other parties or non-parties as provided in discovery, as well as any documents identified or produced in discovery by other parties as designated by Willis in its Initial Disclosures

44. Correspondence between Tulane and IUIC and related materials included within the claim file as designated by IUIC in its Initial Disclosures

45. Correspondence between Tulane and IUIC and related materials included within the underwriting file, as designated by IUIC in its Initial Disclosures

46. Correspondence between IUIC and Willis and related materials included in the claim file as designated by IUIC in its Initial Disclosures

47. Correspondence between Tulane and Willis and related materials included in the underwriting file as designated by IUIC in its Initial Disclosures

48. Illinois Union's Best Practices Guidelines and/or other guidelines produced or to be produced

49. Illinois Union's underwriting manuals, including CHUBB003482

50. Willis's guidelines and manuals to be produced

51. COVID-19 positivity report

52. SARS CoV-2 Wastewater Monitoring Report

53. Quotation Number Four – WTW_0011629 – 0011700 (Fey Ex. 5)

54. 3/29/2019 email from Chubb enc. policy – WTW_0003110- 3193 (Fey Ex. 6)

55. Email from Brian Smith to Chubb – WTW_0004248 (Fey Ex. 7)

56. 5/17 email/2019 – WTW_0005459 (Fey Ex. 8)

57. 6/23/2019 email – WTW_0001215 – 1217 (Fey Ex. 9)

58. EIC Endorsement, number 44 – WTW_0005811-5812 (Fey Ex. 10)

59. 3/26/2020 email - WTW_0012072-12073 (Fey Ex. 11)

60. 5/7/2020 email – TULANE/CHUBBPPL/5-7-2020/TRANSMITTALOFENDORSEMENT44/0001-3 (Fey. Ex. 12)

61. 5/7/2020 Chubb letter – CHUBB001736-1742 (Fey Ex. 13)

62. 7/14/2020 email – WTW_0000156 (Fey Ex. 14)

63. 4/8/2019 email – WTW_0003194-95 (Fey Ex. 19)

64. 6/4/2019 email – WTW_0003557 (Fey Ex. 20)

65. 1-31-2010 email – WTW-0011913 (Hadden Ex. 35)

66. 2-5-2019 email – WTW_0006193 (Hadden Ex. 36)

67. John Pollution Proposal (Hadden Ex. 37)

68. 2-13-2019 email – WTW_0001160 (Hadden Ex. 38)

69. 2-20-2019 email – WTW_0006916 (Hadden Ex. 39)

70. Quote 1. 2-22-2019 – WTW_0010263 (Hadden Ex. 40)

71. Quote 2. 2-25-2019 – WTW_0010256 (Hadden Ex. 41)

72. Quote 3. 2-25-2019 – WTW_0007634 (Hadden Ex. 42)

73. 2-26-2019 email – WTW_0008496 (Hadden Ex. 43)

74. 3-1-2019 email – WTW_0002720 (Hadden Ex. 44)

75. 3-11-2019 email – WTW_0007771 (Hadden Ex. 45)

76. Tulane-ChubbPPL – TULANE/CHUBBPPL/WILLISPOLICYCOMPARISON3-8-2019/00001-6 (Hadden Ex. 46)

77. 5-17-2019 email – WTW_0005459 (Hadden Ex. 47)

78. 5-31-2019 email – WTW_0008794 (Hadden Ex. 48)

79. 5-30-2019 email – WTW_0012004 (Hadden Ex. 49)

80. 6-5-2019 email – WTW_0008985 (Hadden Ex. 50)

81. 7-25-2019 email – WTW_0010611 (Hadden Ex. 51)

82. 11-15-2019 email – WTW_0004409 (Hadden Ex. 52)

83. 12-12-2019 email – WTW_0009349 (Hadden Ex. 53)

84. 1-29-2020 email – WTW_0010669 (Hadden Ex. 54)

85. 3-6-2020 email – WTW_0012065-69 (Hadden Ex. 55)

86. 3-6-2020 email – WTW_0012065-67 (Hadden Ex. 56)

87. 4-2-2020 email – WTW_0009604-6 (Hadden Ex. 57)

88. 7-28-2020 email – WTW_0012223 (Hadden Ex. 58)

89. 8-5-2020 email – WTW_0012232 (Hadden Ex. 59)

90. 8-11-2020 email – WTW_0012547-51 (Hadden Ex. 60)

91. 9-2-2020 email – WTW_0012257-59 (Hadden Ex. 61)

92. 9-18-2020 email – WTW_0012112 (Hadden Ex. 62)

93. 9-18-2020 email – WTW_0000732-740 (Hadden Ex. 63)

94. 11-30-2020 email – WTW_0004825-26 (Hadden Ex. 64)

95. 12-3-2020 email – WTW_0004720-4723 (Hadden Ex. 65)

96. 12-16-2020 email – WTW_0000778-782 (Hadden Ex. 66)

97. 12-17-2020 email – WTW_0001102-03 (Hadden Ex. 67)

98. Emails – PLL Submission - WTW 1458-1469 (William Herbert (Bert) McKeand ("McKeand") Ex. 70)

99. Emails – Pollution Renewal - WTW 1171-1175 (McKeand Ex. 71)

100. Emails – PLL Submission- WTW 1460-1461(McKeand Ex. 72)

101. Emails – PLL Submission - WTW 1474-1476 (McKeand Ex. 73)

102. Emails – Scheduled Location Pollution Legal Liability - WTW 1485-1486 (McKeand Ex. 74)

103. Emails – PLL Submission - WTW 1626 (McKeand Ex. 75)

104. 1-18-19 Email – PLL Submission - WTW 1739 (McKeand Ex. 76)

105. Emails – Scheduled Location Pollution Legal Liability - WTW 1800-1801 (McKeand Ex. 113)

106. Emails – PLL Submission - WTW 1803-1804 (McKeand Ex. 78)

107. Emails – PLL Submission - WTW 1806-1809 (McKeand Ex. 79)

108. Emails – PLL Submission - WTW 1815-1818 (McKeand Ex. 80)

109. Emails – PLL Submission - WTW 1821-1825 (McKeand Ex. 81)

110. 2-19-2019 Email – WTW 1145 (McKeand Ex. 82)

111. Joyce Pollution Proposal (McKeand Ex. 83)

112. Emails – Tulane University - WTW 2329-2334 (McKeand Ex. 84)

113. Emails – Tulane University - WTW 2323-2328 (McKeand Ex. 85)

114. Emails – Engineering Phone Survey - WTW 2348-2349 (McKeand Ex. 86)

115. Emails – Tulane Additional Info - WTW 2488-2490 (McKeand Ex. 87)

116. Emails – Tulane Additional Info - WTW 2548-2550 (McKeand Ex. 88)

117. Emails – Tulane Additional Info - WTW 2458-2550 (McKeand Ex. 89)

118. Emails – Tulane PLL Submission Info - WTW 2564-2567 (McKeand Ex. 90)

119. Emails – Tulane University WTW 2570-2574 (McKeand Ex. 91)

120. Emails – PPL Quotation - WTW 2586-2593 (McKeand Ex. 92)

121. 2-25-2019 Email – Quote 2 - WTW 2994-3001 (McKeand Ex. 93)

122. Emails – PPL Quotation 3 - WTW 3009-3017 (McKeand Ex. 94)

123. Emails – Tulane PPL Submission Info - WTW 2708-2717 (McKeand Ex. 94)

124. Chubb Producer Agreement - WTW 13490-13510 (McKeand Ex. 96)

125. 2-25-2019 Email – Tulane - WTW 1188 (McKeand Ex. 97)

126. Emails – Tulane - WTW 1193-1200 (McKeand Ex. 98)

127. Emails-Chubb Quote Letter No. 3 - WTW 2733-2735 (McKeand Ex. 99)

128. Emails – Tulane/Chubb PPL Willis Policy Comparison (McKeand Ex. 100)

129. Email Exchange with Willis (McKeand Ex. 101)

130. Chubb PPL Final Quote (McKeand Ex. 102)

131. Chubb PPL Binder (McKeand Ex. 103)

132. Policy Comparison (McKeand Ex. 104)

133. Emails – GL1496776 001 - WTW 3554-3556 (McKeand Ex. 105)

134. Emails – Environmental Policies - WTW 3620-3621 (McKeand Ex. 106)

135. Email Transmitting Form Language (McKeand Ex. 107)

136. Emails – Environmental Endorsement (McKeand Ex. 108)

137. Emails – GL1496776-001 - WTW 3756-3760 (McKeand Ex. 109)

138. Emails – Environmental Endorsement - WTW 928-934 (McKeand Ex. 110)

139. Emails – Notice to Pollution Carrier for COVID-19 - WTW 1447 (McKeand Ex. 111)

140. 4-8-2020 Email – COVID-19 - Notice of Incident – Skype Meeting - WTW 1454 (McKeand Ex. 112)

141. Emails – Notice to Pollution Carrier for COVID-19 - WTW 006-7(McKeand Ex. 113)

142. Emails – Quotation 4 - WTW 018-091(McKeand Ex. 114)

143. Emails – Environmental Endorsement - WTW 099-104 (McKeand Ex. 115)

144. Emails – Chubb Quote Letter 3 - WTW 308-316 (McKeand Ex. 116)

145. 12-17-20 Message - WTW 1102-1103 (McKeand Ex. 117)

146. Emails – Chubb Denial Letter - WTW 345-349 (McKeand Ex. 118)

147. Stewardship Reports submitted to Tulane by Willis

148. Contract Between Tulane and Willis

149. Evidence of Payment by Tulane to Willis

150. COVID-19 Guidances from Centers for Disease Control, State of Louisiana, and/or City of New Orleans for Institutes of Higher Education, including TULANE/COVID-19 GUIDANCE/00001-00088

151. 1/5/2021 email enclosing Standard Operating Procedure - TULANE/WOODARD&CURRAN/00006-00011

152. Any additional documents ordered produced in this matter

153. Any exhibit attached to a deposition or Declaration in this matter

154. Any exhibit attached to a pleading filed in this matter

155. Any pleading, motion, discovery pleading and/or brief, including any attachments, filed or exchanged by any party in this case or related litigation, not subject to objection by Tulane

156. Curriculum Vitae, data considered, files, publications, opinions, testimony, and demonstrative evidence of any expert witnesses listed by any party in this matter

157. Any documents to be used for rebuttal or impeachment (to be determined and disclosed *in camera* to the court, if necessary)

158. Any and all exhibits, photographs, and/or documentary or demonstrative evidence listed or utilized by Tulane

159. Any document produced in discovery by any party in this matter;

160. Any exhibits listed by any other party in this matter

161. Any document, data, and/or information relied on or that should have been relied upon, in whole or in part, by any experts in this matter

162. Any document produced pursuant to a subpoena

163. Any photographs, diagrams, charts, or other demonstrative evidence produced by any party in this matter

As stated above, Tulane reserves its right to supplement and amend this List of Trial Witnesses and List of Trial Exhibits.

Respectfully submitted,

/s/ *James M. Garner*
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446
AMANDA R. SCHENCK, #30706
**SHER GARNER CAHILL**
**RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR PLAINTIFF**
**THE ADMINISTRATORS OF THE**
**TULANE EDUCATIONAL FUND**