UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, <br><br> Plaintiff, <br><br> -vs- <br><br> ILLINOIS UNION INSURANCE COMPANY, WILLIS TOWERS WATSON SOUTHEAST, INC. F/K/A WILLIS OF TENNESSEE, INC., and ABC INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:21-cv-00820-GGG-JVM <br><br> **JUDGE GREG G. GUIDRY** <br><br> **MAG. JUDGE JANIS VAN MEERVELD** |

## MOTION *IN LIMINE*

Defendant Illinois Union Insurance Company ("Illinois Union") submits this motion *in limine* to exclude the expert testimony of Louis G. Fey, for the reasons set forth in the accompanying Memorandum in Support.

Respectfully submitted,

*s/ Robert I. Siegel*
ROBERT I. SIEGEL (12063)
ERIKA M. CUNNINGHAM (31890)
**GIEGER, LABORDE & LAPEROUSE, LLC**
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: rsiegel@glllaw.com
E-mail: ecunningham@glllaw.com

- AND –

Kevin Haas (admitted *pro hac vice*)
Marianne May (admitted *pro hac vice*)
Thomas Carruthers (admitted *pro hac vice*)

1

Luke Barlow (admitted *pro hac vice*)
Clyde & Co US LLP
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07960
Telephone: (973) 210-6719
Facsimile: (973-210-6701
E-mail: kevin.haas@clydeco.us
E-mail: marianne.may@clydeco.us
E-mail: thomas.carruthers@clydeco.us
E-mail: luke.barlow@clydeco.us

*Counsel for Illinois Union Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August 2022, I filed the foregoing Motion into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL