# EXHIBIT  D

## CURRICULUM VITAE

**LOUIS G. FEY JR, CPCU, CIC, CRM, AIC**          **FEY CONSULTING LLC**

Address:          2136 N Woodchase Court
                  Baton Rouge, Louisiana 70808
                  (225) 362-0018
                  Lfeyjr@yahoo.com

## **BUSINESS**

Insurance consulting, expert testimony, litigation support, licensed insurance producer and adjuster
– Industry practice (claims, underwriting, agency and company operations), standards, means, methods, errors and omissions
– Coverage expert
– Multi-line claim issues and disputes
– Business Interruption Coverage
– Fair Claim Handling Standards and Practice
– Insurance Industry Standards and Practice
– Insurance Underwriting Standards and Practice
– Defense strategy with regard to insurance issues
– Contractual provisions and CRT analysis as it relates to insurance as well as additional insured concepts
– Insurance Agency Errors and Omissions

## **EDUCATION**

1981  **B.B.A. Bachelors of Business Administration –** University of Cincinnati

1985  **Certificate in General Insurance -** INS

1994  **Associate in Claims -** AIC

1995  **Chartered Property Casualty Underwriter -** CPCU

2003  **Certified Insurance Counselor –** CIC

2014  **Certified Risk Manager** – CRM

Each of the above designations is the result of countless hours of study and classroom participation.  For example, the Chartered Property and Casualty Underwriter (CPCU) designation is awarded upon completion of ten (10) courses of study covering every facet of the property casualty insurance industry.  The classes are very comprehensive

1

and the CPCU designation is the highest and most respected designation in the industry.  The Certified Insurance Counselor (CIC) designation is a five (5)-course program encompassing very technically advanced studies of commercial property and casualty insurance coverage and agency operations.  The Associate in Claims (AIC) designation is a multi-course program whose course work includes property and casualty coverage and claim handling. Lastly, the Certified Risk Manager (CRM) designation is a five (5)-course program covering every facet of the Risk Management Process. These are all graduate level studies and each course is approximately 20 hours in length. These designations are granted only after the successful completion of all courses and the related examinations. These programs have been recognized as graduate level studies by major universities.

**Deemed qualified to testify, based upon Daubert, on a wide range of insurance matters by the following courts:**

- The Superior Court of Fulton County- State of Georgia – (twice)

- The United States District Court of Mississippi - Southern District (twice)

- United States Bankruptcy Court, Eastern District of Louisiana

- 19th Judicial District Court, Parish of Baton Rouge, State of Louisiana

- The United States District Court for The Northern District of Georgia, Atlanta

- 40th Judicial District Court for The Parish of St. John the Baptist, State of Louisiana

- The United States District Court Eastern District of Louisiana (six times)

- The United States District Court Northern District of Florida

- The Civil District Court for The Parish of Orleans, State of Louisiana

- The Circuit Court of Jefferson County, State of Alabama

- The 29th Judicial District Court Parish of St. Charles State of Louisiana

- The United States District Court Western District of Louisiana (4 times)

- 23rd Judicial District Court For The Parish Of Assumption State Of Louisiana

- The 9th Judicial District Court Parish of Rapides, State of Louisiana

**EXPERIENCE:**

2007 – Present   **FEY CONSULTING LLC**

- Consultation on Risk Management opportunities
- Assist clients on claim, coverage, and insurance disputes
- Act as a liaison and consultant for insureds and insurers
- Contractual Risk Management and CRT assistance
- Technical resource for producers, insureds, and insurance companies
- Expert witness testimony
- Litigation strategy
- Mediation assistance and negotiation

2007 – Present   **BXS Insurance, Baton Rouge, LA**
**Vice President of Risk Management**

- Consultation on Risk Management opportunities
- Licensed P&C and L&H producer
- Assist clients on claim, coverage, and insurance issues
- Act as a liaison and consultant for clients and carriers
- Contractual Risk Management and CRT assistance
- Technical resource for producers, clients, and carriers
- Agency E&O Risk Management resource

Plaintiff's expert on bad faith, unfair claim practices, proper investigation, the use of experts. (Deposition June 2021)
- Cyber Practice Leader

2000 – 2007   **St. Paul/Travelers Insurance, Atlanta, GA**
**Director of Major Case – Construction Claims Services**

- Handled very large exposure and complex liability cases
- Mentored, directed, and oversaw multiple Construction Claim Regions
- Directed investigation and litigation, negotiated settlements, attended trials and mediation; coverage and contract analysis and interpretation

| | |
|---|---|
| 1996 – 2000 | **Lumber Mutual Ins. Co., Greer, SC**<br>**Regional Claims and Underwriting Manager, Southern Region** |

- Trained, organized, and implemented this start-up claims operation
- Oversaw claims for Southern Region
- Oversaw Underwriting Department in the Southern Region
- Managed a staff of over 40 people
- Handled large exposure cases, all lines
- Handled large exposure lawsuits; including mediations, negotiations, and trials
- Negotiated and implemented managed care program
- Implemented a WC telephonic nurse program for in-house managed care
- Developed a triage program to reduce the frequency of surgery on W.C. claims

| | |
|---|---|
| 1981 – 1996 | **Ohio Casualty Ins. Co., Hamilton, OH**<br>**Senior Claims Supervisor** |

- Oversaw litigation and claims in both Home Office and Branch Office settings
- Oversaw Hurricane Andrew cleanup
- Developed and implemented training for adjusters
- Conducted various instructional seminars for adjuster training
- Member of the company's "Swat Team" (Cleanup of distressed offices)

While with Travelers and Lumber Mutual, I personally handled all major case liability claims for the Southeast United States which included complex losses involving catastrophic injuries and property damage. While at Ohio Casualty, I was a member of the company's "SWAT" team charged with cleaning up distressed claim offices across the country, instituting sound claims practices based upon industry standards, re-training the staff, and returning those claim operations to acceptable levels of operation in compliance with those industry standards. While at Travelers, I was also responsible for mentoring, overseeing, and training the claim staff.

**RELATED EXPERIENCE**

- Chairman of the State of Louisiana Property Casualty Insurance Commission

- Member of the State of Louisiana Insurance Commissioner's Advisory Council

- Member of The State of Louisiana Cyber Security Commission

- Member of the State of Louisiana Auto Insurance Task Force

- Past President the Professional Insurance Agents of Louisiana (PIA)

- Chairman of the Governmental Affairs Committee of the PIA of Louisiana

- Named PIA of Louisiana's Agent of the Year 2013/2014

- Licensed Adjuster for over 40 years

- Licensed Property Casualty Producer

- Licensed Life & Health Producer

- FEMA/NFIP Licensed Flood Adjuster

- Certified WIND Umpire

- Faculty (former) - The National Alliance for Insurance Education and Research

- Assisted in authoring the Claims Manual for Ohio Casualty's Claim Department in the mid 1980's

- Assisted in authoring various coverage endorsements for Lumber Mutual Insurance and Travelers Insurance

- Participated on the Louisiana Citizen's subcommittee which addressed numerous operational and claim processes within that operation and offered recommendations for improvements.

I have been acting as an insurance consultant and expert witness since September 2007 and have evenly balanced my litigation support efforts between insurance defense, and plaintiff's work. Much of my efforts have been as a claim consultant on both litigated and non-litigated matters assisting both clients and insurers with coverage interpretation, claim handling, defense strategy, negotiations, contract interpretation, insurance underwriting, policy placement, procurement, and agency operations.

5

**Seminars given on insurance coverage and related issues**

- Commercial General Liability Coverage –CGL Coverage, Conditions, Exclusions and Endorsements

- Occurrence Law – Various Jurisdictional Interpretations and Their Effect on CGL Coverage

- Occurrence Law – Manifestation, Multiple or Continuous Triggers

- Additional Insured Endorsements and Related Issues

- Certificate of Insurance Issues

- Contractual Defense and Indemnity Provisions, The Anti-Indemnity Statutes of Various Jurisdictions and How They Interact With The Contractual Related Provisions of The CGL Policy

- Contractual Provisions to Look for: What To Include in Contracts and How They Impact One's Liability Exposure and Insurance Coverage

- Waiver of Subrogation Contractual Provisions and Policy Endorsements

- Professional Liability Endorsements

- WC Immunity, The Statutes Regarding Statutory Employer Status; How They are Treated in Various Jurisdictions and their Impact on CGL Coverage

- Excess/Umbrella Coverage and Related Issues

- Litigation Management

- Negotiations and Mediation

- Claim Operation Policy and Procedures – Fair Claims Practice

- Business Interruption issues and considerations

- Louisiana Indemnity

- Effectively Managing The Claims Process

- Perils & Pitfalls with Additional Insured (AI) Endorsements

- Coverage "Gaps" and "Traps" – August 19, 2013 – Jackson Mississippi

- Cyber Liability: Could You Be At Risk?  June 6,2013 – Baton Rouge, Louisiana

- Professional Liability Insurance for Engineers – Engineering Law Seminar – Half Moon Education – June 20, 2013  - Baton Rouge, Louisiana

- Managing Cyber Risks, Threats & Insurance Implications – April 30, 2013 – Gulfport Mississippi

- Do You Have A Cyber Liability Exposure? June 6, 2013 - Baton Rouge, Louisiana

- Agent's Duty – August 8, 2013 – Jackson, Mississippi

- Cyber Liability: What You Need to Know – November 14, 2013 – Webinar

- Certificates of Insurance – February 26, 2013 – Baton Rouge, Louisiana

- Employee Leasing: A Construction Industry Perspective (For the ABC – New Orleans, Louisiana)

- Cyber Liability: What You Need To Know (Jackson Ms.)

- Contractual Indemnification and Additional Insured Issues (Jackson Ms.)

- Insurance For Vetrepreneurs – LSU Entrepreneurship Boot Camp For Veterans With Disabilities – Stephenson Entrepreneurship Institute

- Essentials of Cyber Insurance

- No Driver No Pilot, Who Can We Sue?

- Agent's E&O – (For the Louisiana Department of Insurance & Southern University) (August 2018)

- Cyber Insurance - A Growing Concern

**ARTICLES**

- IRMI Update: Risk Management & Insurance Commentary, Tips, and Tactics February 6, 2013 I Issue 287 I ISSN: 1530-7980 - "Don't Use ATIMA in Builders Risk Policies"
- Droning On About Drones – The Agent's Voice - Vol. XLII. No. 10 December 2015
- What Has Happened to the Insurance Industry? PIA Agents Voice December 2007, republished by the CPCU Society (CLEW), and by InsuranceCommentary.com

7

- ♦ The Case for Paying COVID BII Claims - InsuranceThoughtLeadership.com

**CONTINUNG EDUCATION**

- Life and Health Institute
- Agency Management Institute
- Commercial Property Institute
- Personal Lines Institute
- Ruble Graduate Seminar 11/6/2004
- Ruble Graduate Seminar 8/16/2006
- Commercial Casualty Institute
- Principles of Risk Management
- Practice of Risk Management
- So you want to be an expert witness?
- Insuring Defective Construction
- Contractual Liability, What's Covered and What's Not?
- Commercial Property Insurance and Risk Management
- Commercial Liability Insurance and Risk Management
- Principles of Risk Management and Insurance
- Issues in Insurance
- Insurance Economics
- Insurance Company Operations
- Insurance Issues and Professional Ethics
- Insurance Accounting and Finance
- Insurance Company Management
- Commercial Underwriting: Principles and Property
- Principles of Suretyship
- Liability Claim Practices
- Property Loss Adjusting
- Principles of Insurance – Liability Claims Adjusting
- Principles of Insurance – Property Loss Adjusting
- Casualty Insurance
- Property Insurance
- Louisiana Life and Health Pre-licensing
- Solutions to Disagreements over Time Element Claims
- Surprise and the Other Three "S" Words That Result in Time Element Disagreements

- Everyday Ethics
- Calculating Business Interruption
- The Law after Katrina: The Good, the Bad and the Ugly
- Practical Application of Ethics
- Wind Umpire Certification 11th Annual Windstorm Insurance Conference 2010
- National Flood Insurance Program Adjusters Certification
- Gulf Coast Case Law Update: Louisiana, Texas, Mississippi
- Florida Property Insurance Law Update
- Evaluating Storm Losses
- Disarming the Bad Faith Bomb
- Documenting the Claim
- A Claim Professional's Guide to "Outside the Box" Thinking
- Time Element Claims
- Director's Officer's Liability/Cyber Liability
- Property Insurance for Contractors
- A Detailed Review of Provisions of the CGL
- Personal Lines QA
- 2010 Insurance Coverage Update
- Insurance Coverage Issues in the CGL Policy - Emerging Issues for the next Decade
- Environmental Risk Management and Insurance Strategies
- How to Be an Agent Advocate at Claim Time
- The Insurance Industry: Today's Trends, Tomorrow's Opportunities
- Workmanship "Occurrence"
- Position Yourself as an Insurance / Risk Management Expert
- Directors and Officers Liability
- Estate Planning Techniques: Gifts, Trusts and Family Limited Partnerships
- National Health Care Reform
- Navigating Marine Workers Compensation
- Intangible Property Risk Management For Business Enterprises
- Cyber Liability Insurance: What It Covers and Who Needs It
- Flood: Levee and Rising Water
- The Internet
- Principles of Risk Management
- Analysis of Risk
- Control of Risk
- Financing of Risk
- Practice of Risk Management
- Introduction to Implementing and Monitoring the Risk Management Process
- The Risk Manager
- Building the Risk Management Team

- Information and Technology for Risk Managers
- Allocating Cost of Risk
- Due Diligence During Organizational Change
- Executive Risk Management
- Enterprise Risk Management
- Reputation and Brand Management
- NFIP Adjuster Certification – 2014
- Wage & Hour /Other Issues
- Introduction to Directors and Officers Liability Insurance
- Introduction to Employment Practices Liability
- Understanding Cyber Liability
- An Introduction to Errors and Omissions Liability
- Retaining Top Talent
- Rewards and Recognition
- Team Dynamics
- Work / Life Balance
- Coaching & Counseling
- D&O: A Dozen Dangerous Details
- Conflict Resolution
- Commercial Crime
- Arson and the Insurance Contract
- Fiduciary Liability, ERISA Fidelity, and Employee Benefits Liability Exposures And Coverage

## GENERAL INFORMATION

Louis G. Fey Jr. is a second-generation insurance professional living in Baton Rouge, Louisiana, the son of an attorney and claims manager.

## EXPERT TESTIMONY IN THE LAST FOUR YEARS

Rigsby V State Farm – United States District Court Mississippi Southern District, 1:2007CV00075. Plaintiff's Insurance Expert Witness – Claim handling, proper investigation, processes and procedure: insurance industry custom and practice – (Deposition and trial testimony) (Trial was April 2013 – case is still pending)

Brian P. Waldrop V USAA In the State Court for The County of Fulton State of Georgia No: 2010EV010377B Defense expert on bad faith, Fair Claims Practices, proper claim handling, policy limited time limited demands (Deposition April 2014 – Case still pending)

NAZ, LLC Plaintiff, v. United National Insurance Company Defendant. United States District Court Eastern District of Louisiana, Civil Action: 17:5697 SECTION "H" (1) Plaintiff's expert on Bad Faith, unfair claims handling practices. (Deposition June 2018)

Elizabeth Benton, Individually, And Bruce W. Benton, Jr., Individually, And Bruce W. Benton, Jr., as the Personal Administrator Of The Estate Of Chase Palmer Benton, Plaintiffs, v. Steven Landress And Bradd Landress, Individually And D/B/A Landress Trucking, David Greeson, Individually And D/B/A as Greeson Hauling And David Greeson Hauling, Kerby Grading, Inc., Boatwright Construction, LLC, The Hartford Construction Group, LLC, In The State Court Of Dekalb County State Of Georgia, In Case No: 07A69635-6. Plaintiff's Expert on the proper underwriting of Motor Carriers (July 2018 Deposition)

J. Caldarera & Co., Inc. Versus Ernest N. Morial Exhibition Hall Authority and Melvin J. Rodrigue In His Official Capacity as President of The Ernest N. Morial Exhibition Hall Authority Board, In The Civil District Court For The Parish Of Orleans State Of Louisiana No. 18-3204 Division "M-13". Defense expert on the proper procedures related to procurement of Project Bid Bonds (Deposition May 2018)

Zydeco's II, LLC, Zydeco's Corp, Dustin Gainey and Rosemarie Gainey vs. Certain Underwriters at Lloyd's London, et al 29th Judicial District Court Parish of St. Charles State of Louisiana Case No. 82255 Plaintiff's expert on Bad Faith, unfair claims handling practices. (Deposition & Trial testimony March 2019)

Amy Dunn, Individually and As the Natural Parent of Danielle Demonbreun, James Dunn And Ronald Curtis Patterson, Plaintiffs, V. Columbia National Insurance Company, Defendants. In the United States District Court For The Northern District Of Georgia Gainesville Division, Civil Action No. 2: 1 7 -CV -00246-R WS Plaintiff's expert on Bad Faith, unfair claims handling practices. (Deposition testimony – Dec. 2-18)

Dr. Mary Maitland Deland V Bankers Insurance Company, Et Al 24th Judicial District Court Parish Of Jefferson State Of Louisiana Docket No. 774-127 Division "B" Plaintiff's expert on Bad Faith, fair claim practices, NFIP claims, NFIP coverage restrictions, Agency E&O, failure to procure, the standards applicable to a consultative broker, and the availability of insurance in the market (Deposition January 2019)

Darnell Harris and Stella Harris, Plaintiffs v. US Xpress, Inc., Ozaki Robinson, Leon Parker, Defendants Civil District Court - Parish of Orleans Docket No.: 2016-12685, Defense expert on fraud indicators or red flags when investigation insurance claims. (Deposition January 2019)

Stephen Lee McMillan, Jr. And Holly L. McMillan, Plaintiff, Verses Southern Fidelity Insurance Company, Defendant. State Of South Carolina In The Court Of Common Pleas Fifteenth Judicial Circuit County Of Horry Civil Action No. 2018-CP-26-03281. Plaintiffs expert on Insurance Claim Handling standards and practice, Bad Faith, Unfair Claim Practices (Deposition March 2019)

Albert Carter and Deborah Carter Versus Rebeka Guidry and USAA Casualty Insurance Company CIVIL SUIT NO.: 251,845, 9th Judicial District Court Parish of Rapides State of Louisiana. Plaintiffs expert on Insurance Claim Handling standards and practice, Bad Faith, Unfair Claim Practices involving Underinsured Motorist claims (Deposition and Trial testimony July 2019)

Christina Curry V Equity Partners Insurance Services, Inc. 22nd Judicial District Court Parish Of St. Tammany, State Of Louisiana Case No. 2018-14625 H. Defense expert on Insurance Industry usage of the term customer in the Broker – retail agent relationship, the usage of non-compete agreements. (Deposition testimony August 2019)

Harris, Parker, et al v. U.S. Xpress, Inc. United States District Court Eastern District of Louisiana, Civil Action No. 2:17-cv-17945 Defense expert on insurance claim handling industry standards, fraud investigation, red flags, fraud indicators (Deposition testimony ) Defense expert insurance industry claim investigation standards, red flags, fraud indicators. (Deposition testimony 2019)

United States of America ex rel. Cori Rigsby and Kerri Rigsby Relators/Counter-Defendants V. State Farm Fire and Casualty Company Defendant/Counter-Plaintiff. In the United States District Court for the Southern District of Mississippi Southern Division, Case No. 1:06CV433-HSO-RHW Qui Tam Plaintiffs expert on the value of insurance documents, if insurance documents are trade secrets, computer system security, the use of independent adjusters, insurance professional and adjuster ethics (Deposition testimony October 2019)

Ken Hamilton, v. Allstate Insurance Company. In the United States District Court Southern District Of Texas Corpus Christi Division. Civil Action No. 2:18-cv-00347. Plaintiffs expert on the NFIP, NFIP claim handling standards, and property insurance claim handling standards and practice, elevated verse non elevated structures, the application of coverage restrictions. (Deposition January 2020)

McGriff, Seibels & Williams, Inc. D/B/A McGriff, Seibels & Williams Of Louisiana, Inc., Plaintiff, vs. Michael E. Madden Defendant. United States District Court Eastern District Of Louisiana. Civil Action No. 18-06084 Defense expert on trade secrets, client retention, non-compete agreements (Deposition January 2020)

Chandra Furca Plaintiff vs. American Strategic Insurance Corporation, Defendant. United States District Court Middle District Of Louisiana, Civil Action No. 3:17-CV-01467-JWD-RLB. Plaintiffs expert on the NFIP, NFIP claim handling standards, and property insurance claim handling standards and practice. (Deposition April 2020)

Richard Helm Plaintiff, vs. Allstate Insurance Company Defendants. United States District Court, Middle District Of Louisiana Civil Action No. 3:17-Cv-00841-Jwd-Rlb. Plaintiffs expert on the NFIP, NFIP claim handling standards, and property

insurance claim handling standards and practice. (Deposition April 2020)

Terry And Rosaline Kozero Plaintiff, vs. American National Property And Casualty Company Defendants. United States District Court Middle District Of Louisiana Civil Action No. 3:17-Cv-01129-BAJ-RLB. Plaintiffs expert on the NFIP, NFIP claim handling standards, and property insurance claim handling standards and practice. (Deposition April 2020)

Brian D. And Lauren Winters Plaintiff, vs. American Strategic Insurance Corporation Defendants. United States District Court Middle District Of Louisiana Civil Action No. 3:17-CV-01292-JWD-RLB. Plaintiffs expert on the NFIP, NFIP claim handling standards, and property insurance claim handling standards and practice. (Deposition April 2020)

Annie Skinner, as Assignee of Andrew Poston., Plaintiff, V. Horace Mann Insurance Company, Defendant. In The United States District Court For The District of South Carolina Florence Division. Case No.: 4:18-CV-00922-RBH Plaintiffs expert on Insurance Claim Handling standards and practice, Bad Faith, Policy limit demands (Deposition June 2020)

Gustave J. Labarre, Et Al., Plaintiffs vs. Occidental Chemical Company, Vulcan Materials Companys, Texas Brine Corporation, Et Al., Defendants. In The Circuit Court For The Twenty-Third Judicial District Court Parish Of Assumption State Of Louisiana Case No.: 33,796, Division "A" Defense expert on bad faith, unfair claim handling practices, insurance industry standards and practice, insured contracts, CGL coverage, the handling of conflict claims "Chinese Wall" and independent counsel, litigation management, and legal bill audit

Susan Russo Marchand, Et Al. Vs Occidental Chemical Company, Vulcan Materials Companys, Texas Brine Corporation, Et Al., In The Circuit Court For The Twenty-Third Judicial District Court Parish Of Assumption State Of Louisiana Case No.: 34,270 Division "A" Defense expert on bad faith, unfair claim handling practices, insurance industry standards and practice, insured contracts, CGL coverage, the handling of conflict claims "Chinese Wall" and independent counsel, litigation management, and legal bill audit

Texas Brine Corporation In The Arbitration Proceedings with Occidental Chemical Company, LLC, In AAA Arbitration No. 69 20 1300 0129 Defense expert on bad faith, unfair claim handling practices, insurance industry standards and practice, insured contracts, CGL coverage, the handling of conflict claims "Chinese Wall" and independent counsel, litigation management, and legal bill audit

Dr. Mary Maitland Deland V Bankers Insurance Company, Et Al24th Judicial District Court Parish Of Jefferson State Of Louisiana Docket No. 774-127 Division "B" Plaintiff's expert on Bad Faith, fair claim practices, NFIP claims, NFIP coverage restrictions, Agency E&O, failure to procure, the standards applicable to a

13

consultative broker, and the availability of insurance in the market (Deposition October 2020)

Jeffrey S. Salter Plaintiff, vs. Carlisle Walker Limehouse, Jr., Laurie A. Larson, UNUM Insurance Company, UNUM Life Insurance Company of America, Tailwind Reinsurance Company, Provident, Life and Accident Insurance Company, UnumProvident Corporation, Unum Group, ET. AL. Defendants State Of South Carolina In The Court Of Common Pleas Fifth Judicial Circuit County Of Richland Case No. 2017-CP-38-05631 Plaintiff's expert on Bad Faith, fair claim practices in handling Disability Claims, improper denial of benefits (Deposition February 2021)

L N Parkwood Company, Plaintiff vs. Texas Farmers Insurance Company, Defendant United States District Court Southern District Of Texas Civil Action No. 4:18-CV-04219 Plaintiffs expert on the NFIP, NFIP claim handling standards, and property insurance claim handling standards and practice. (Deposition February 2021)

Ace American Insurance Company, Plaintiff, V. Orion Restoration-Storm Division, LLC, Defendant And Third-Party Plaintiff, V. Maydelin Martell Agency, Inc. And Angel Gonzalez, Third-Party Defendants. In The State Court Of Henry County State Of Georgia Civil Action No. 16SV253EDB. Defense expert of agency E&O, the Risk Management Best Practices applicable issuance and vetting Certificates of insurance. (Deposition February 2021)

Ashley And Benjamin Remick, Plaintiff(s), Versus Travelers Home And Marine Insurance Company, Defendant(s). In The United States District Court For The District Of South Carolina Spartanburg Division C.A. NO.: 7:19-CV-02524-BHH Plaintiff's expert on Bad Faith, fair claim practices, property claim handling, improper denial of benefits (Deposition March 2021)

Lancer Insurance Company, Plaintiff, V. Jet Executive Limousine Service, Inc.; Philadelphia Indemnity Insurance Company; United States Liability Insurance Company; Cooper-Global Chauffeured Transportation, Inc.; Hennessy Transportation, Inc.; Steven Hoppenbrouwer; Kent Plowman; Steven Taylor; Rick Tomcho; Thomas Matthesen; Sahil Raina; Robin Raina; Wesley Hudson; Stephen Farrar; Georganna Gullia; Joseph Best; Jessica Barnes; John Mason; Kenny Strickler; Tim Sheehy; Scott Armstrong; Brian Dill; Alan Cooling; And Ray Shreyas, Defendants. United States District Court Southern District Of Georgia Augusta Division Case 1:18-CV-00136-JRH-BKE. Defense expert on bad faith, unfair claim practices, Auto insurance coverage. (Deposition April 2021)

Conure Telecom Services, LLC, Plaintiff, V. American Trust Administrators, Inc., Companion Life Insurance Company, Laurie Upchurch and Associates, LLC, and Laurie Upchurch, Individually, Defendants. In The Superior Court of Fulton County, State of Georgia, Civil Action No: 1:19-CV-2019CV317999. Plaintiff's expert on the duties and responsibilities of a Third Party Administrator (TPA), agency E&O, Self-

Insured Health Benefits Insurance programs with stop loss coverage. (Deposition April 2021)

Rap Indy LLC And MSI Lyndhurst Indianapolis Grocery LLC, Plaintiffs, Vs. Zurich American Insurance Company And The Travelers Indemnity Company, Defendants. Indiana Commercial Court In The Marion Superior Court, County Of Marion, State Of Indiana, Cause No. 49001-1910-PL-044570. Plaintiff's expert on bad faith, unfair claim practices, red flags, proper investigation, an insured's obligation to trigger coverage. (Deposition May 2021)

Day Enterprises, Inc., Plaintiff, v. Pennsylvania Lumbermens Mutual Insurance Company; And Brown & Brown of Oklahoma, Inc., Defendants. In The District Court of Creek County State of Oklahoma Case No C J 2020-138. Plaintiff's expert on bad faith, unfair claim practices, proper investigation, the use of experts. (Deposition June 2021)

New Orleans Equity, L.L.C. D/B/A Galatoire's Restaurant and Galatoire's 33 Bar & Steak Plaintiffs, v. U.S. Specialty Insurance Company Defendants. United States District Court Eastern District of Louisiana Civil Action 20-1935. Plaintiff's expert on bad faith, unfair claim practices, improper investigation. (Deposition June 2021)

Church of the King of Lake Charles v. GuideOne Mutual Insurance Co U.S. District Court Western District of Louisiana (Lake Charles) CIVIL DOCKET FOR CASE #: 2:20-cv-01514-JDC-KK. Defense expert on bad faith, unfair claim practices, insurance industry standards and practice, the appraisal process (Deposition September 2021)

RPG Hospitality, LLC, Plaintiff, v. Ironshore Specialty Insurance Company; Marsh & Mclennan) Agency, LLC D/B/A J. Smith Lanier & Co.;  And Janet Johnson, Defendants. In The Superior Court of Richmond County State of Georgia Civil Action No.: 2019-RCCV-00452. Plaintiff's expert on bad faith, unfair claim practices, insurance industry standards and practice, underwiring reformation. (Deposition October 2021)

Wayland Collins, Candy Kelly, and Alvin Polk, Plaintiffs, v John C Benton D/B/A Q & M Motor Transports, Mark Ingle and Northland Insurance Company Defendants, in The United States District Court for The Eastern District Of Louisiana, Civil Action NO. 2:18-CV-07465. (Defense expert on staged accidents, claim investigation, claim handling, and the identification of red flags as fraud indicators – (Trial testimony - November 2021)

Transamerica  Life Insurance Company Versus Bruce Fuselier Jr. And Tonya I. Gegenheimer in The 24th Judicial District Court For The Parish Of Jefferson State Of Louisiana. CASE NO. 759-140. (Plaintiff's expert on Life Insurance claim handling, bad faith, concursus actions, Declaratory Judgement actions, paying the policy proceeds into the court on contested claims. (Deposition November 2021)

15

Eddie Campbell and Wilma Jean Campbell, Plaintiffs v. Frasure Creek Mining, LLC., Lexington Coal Company LLC., Big Elk Mining Company LLC., Lexington Insurance Company, Et. al., Defendants. For the Commonwealth of Kentucky, Perry Circuit Court, Civil Action No.: 08-CI-418 Plaintiff's expert on bad faith, unfair claim practices, insurance industry standards and practice. (Deposition December 2021)

Rutledge Investments, LLC and Brady Rutledge Versus Scottsdale Insurance Company. United States District Court Western District of Louisiana Lake Charles Division Civil Action No. 2:21-Cv-00364 Defense expert on bad faith, unfair claim practices, insurance industry standards and practice (Deposition January 2022)

Jean Murray, Plaintiff, Vs. State Farm Fire and Casualty Company and Russ Hewitt, Defendants. In The United States District Court for The District of South Carolina Orangeburg Division Civil Action No.: 5:19-CV-01795-MGL Plaintiff's expert on bad faith, unfair claim practices, insurance industry standards and practice, agency E&O. (Deposition November 2021)

Brandon Ward and Mika Ward, Husband and Wife, Plaintiffs, V. Allstate Insurance Company, Defendant. In The Circuit Court of Marshall County, West Virginia Civil Action No. 20-C-127 Defense expert on bad faith, unfair claim practices, insurance industry standards and practice (Deposition February 2022)

CRU Shreveport, LLC, Plaintiffs, v United Specialty Insurance Company, Defendants. In The United States District Court for The Western District of Louisiana Action No. 5:18-CV-00751 Plaintiff's expert on bad faith, unfair claim practices, insurance industry standards and practice. (Deposition December 2021)

Malouf-Carr L.P. V. Zurich American Insurance Company In The United States District Court For The Northern District Of Mississippi Greenville Division Case No. 4:21-Cv-30-DMB-JMV Defense expert on bad faith, unfair claim practices, insurance industry standards and practice (Deposition March 2022)

Brookhollow Holdings, LLC And Brookhollow Operations, LLC, Plaintiff, V Travelers Property Casualty Company Of America Defendant. In The United States District Court Eastern District Of Louisiana Civil Action: 2:20-Cv-02445. Plaintiff's expert on bad faith, unfair claim practices, prompt and through investigation, insurance industry standards and practice. (Deposition March 2022)

Gustave J. Labarre, Jr., V Occidental Chemical Company & Texas Brine Company, LLC., 23rd Judicial District Court For The Parish Of Assumption State Of Louisiana Case No. 33,796, Division: "A." Defense expert on bad faith, unfair claim handling practices, insurance industry standards and practice, insured contracts, CGL coverage, the handling of conflict claims "Chinese Wall" and independent counsel, litigation management, and legal bill audit (Trial testimony April 2022)