UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,<br><br>    Plaintiff,<br><br>    -vs-<br><br>ILLINOIS UNION INSURANCE COMPANY, WILLIS TOWERS WATSON SOUTHEAST, INC. F/K/A WILLIS OF TENNESSEE, INC., and ABC INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:21-cv-00820-GGG-JVM<br><br>JUDGE GREG G. GUIDRY<br><br>MAG. JUDGE JANIS VAN MEERVELD |

## MOTION FOR SUMMARY JUDGMENT

  Defendant Illinois Union Insurance Company ("Illinois Union") moves this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Memorandum in Support, Illinois Union seeks a partial summary judgment in its favor against Tulane.

              Respectfully submitted,

              *s/ Robert I. Siegel*
              ROBERT I. SIEGEL (12063)
              ERIKA M. CUNNINGHAM (31890)
              **GIEGER, LABORDE & LAPEROUSE, LLC**
              Suite 4800 - One Shell Square
              701 Poydras Street
              New Orleans, LA 70139-4800
              Telephone: (504) 561-0400
              Facsimile: (504) 561-1011
              Email: rsiegel@glllaw.com
              E-mail: ecunningham@glllaw.com

              - AND –

        Kevin Haas (admitted *pro hac vice*)
        Marianne May (admitted *pro hac vice*)
        Thomas Carruthers (admitted *pro hac vice*)
        Luke Barlow (admitted *pro hac vice*)
        Clyde & Co US LLP
        340 Mt. Kemble Ave., Suite 300
        Morristown, NJ 07960
        Telephone: (973) 210-6719
        Facsimile: (973-210-6701
        E-mail: kevin.haas@clydeco.us
        E-mail: marianne.may@clydeco.us
        E-mail: thomas.carruthers@clydeco.us
        E-mail: luke.barlow@clydeco.us

        *Counsel for Illinois Union Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of August 2022, I filed the foregoing Motion into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

        */s/ Robert I. Siegel*
        ROBERT I. SIEGEL