UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,<br><br>      Plaintiff,<br><br>   -vs-<br><br>ILLINOIS UNION INSURANCE COMPANY, WILLIS TOWERS WATSON SOUTHEAST, INC. F/K/A WILLIS OF TENNESSEE, INC., and ABC INSURANCE COMPANY,<br><br>      Defendants. | Case No. 2:21-cv-00820-GGG-JVM<br><br>JUDGE GREG G. GUIDRY<br><br>MAG. JUDGE JANIS VAN MEERVELD |

## MOTION FOR SUMMARY JUDGMENT

Defendant Willis Towers Watson Southeast, Inc. ("WTW") moves this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Memorandum of Law in Support, WTW seeks summary judgment in its favor against Tulane.

              Respectfully submitted,

              */s/ H. Minor Pipes, III*
              H. Minor Pipes, III, 24603
              Christopher R. Teske, 27106
              Lindsey M. Soboul, 36680
              PIPES | MILES | BECKMAN, LLC
              1100 Poydras Street, Suite 1800
              New Orleans, LA 70163
              (504) 332-7070 (telephone)
              (504) 332-7520
              mpipes@pipesmiles.com
              cteske@pipesmiles.com
              lsoboul@pipesmiles.com

          Edward J. Baines (admitted *pro hac vice*)
          Robin D. Leone (admitted *pro hac vice*)
          Saul Ewing Arnstein & Lehr LLP
          500 East Pratt Street, 8th Floor
          Baltimore, MD 21202
          (410) 332-8600 (telephone)
          (410) 332-8862 (fax)
          ted.baines@saul.com
          robin.leone@saul.com

          *Counsel for Defendant Willis Towers Watson Southeast, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September 2022, I filed the foregoing Motion into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

          */s/ H. Minor Pipes, III*
          H. Minor Pipes, III