UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | CIVIL ACTION |
|---|---|
| VERSUS | NO: 21-820 |
| ILLINOIS UNION INSURANCE COMPANY, ET AL | SECTION: "T" (1) |

## NOTICE REGARDING ORAL ARGUMENT REQUEST

Request for oral argument has been filed **(R. Doc. 155)** by plaintiff, Administrators of the Tulane Educational Fund, in conjunction with various motions filed by the parties, **(R. Docs. 98, 99, 114, 116 and 120),** scheduled for submission.  Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should not appear for oral argument until ordered to do so.  Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

DEDRA D. PONGRACZ, FOR THE COURT
CASE MANAGER SECTION "T"
dedra_pongracz@laed.uscourts.gov