MINUTE ENTRY
VAN MEERVELD
October 5, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, | * | CIVIL ACTION |
| | * | NO. 21-820 |
| *Plaintiff* | * | |
| | * | SECTION: "T" (1) |
| VERSUS | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| ILLINOIS UNION INSURANCE COMPANY, ET AL., | * | |
| | * | MAGISTRATE JUDGE |
| *Defendants* | * | JANIS VAN MEERVELD |

### HEARING ON MOTION

Oral argument was conducted in person.

COURT REPORTER:   Toni Tusa

APPEARANCES:     Martha Curtis, Marianne May (via Zoom)

MOTION(S):

1. Plaintiff's Re-Urged Motion to Compel (Rec. Doc. 171).

ORDERED:

The motion is taken under submission. The court finds Tulane has established good cause for the late filed motion for the reasons stated on the record. By the end of the day today via email to efile-vanmeerveld@laed.uscourts.gov, Illinois Union shall produce the guidelines for *in camera* review so that the court can determine whether they are protected by attorney-client privilege.

Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:14)