UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | CIVIL ACTION |
| VERSUS | NO: 21-820 |
| ILLINOIS UNION INSURANCE COMPANY, ET AL. | SECTION: T (1) |

## ORDER

The Court having been advised that the parties to this action have firmly agreed upon a compromise agreement (R. Doc. 211);

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 11th day of October 2022.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE