UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,<br><br>            Plaintiff,<br><br>-vs-<br><br>ILLINOIS UNION INSURANCE COMPANY, WILLIS TOWERS WATSON SOUTHEAST, INC. F/K/A WILLIS OF TENNESSEE, INC., and ABC INSURANCE COMPANY,<br><br>            Defendants. | Case No. 2:21-cv-00820-GGG-JVM<br><br>JUDGE GREG G. GUIDRY<br><br>MAG. JUDGE JANIS VAN MEERVELD |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WILLIS TOWERS WATSON SOUTHEAST, INC.

Pursuant to Federal Court of Civil Procedure 41(a)(1)(A)(ii) Plaintiff The Administrators of the Tulane Educational Fund and Defendants Illinois Union Insurance Company ("IUIC") and Willis Towers Watson Southeast, Inc. f/k/a Willis of Tennessee, Inc. ("Willis"), hereby stipulate and agree to a dismissal of Willis in the above-captioned action, with prejudice, each party to bear its own Court costs.

Dated: January 9, 2023

*James M. Garner*_____
James M. Garner, 19589
Martha Y. Curtis, 20446
Sher Garner Cahill Richter Klein &
Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
(504) 299-2100 (telephone)
(504) 299-2300 (fax)
jgarner@shergarner.com
mcurtis@shergarner.com

*Counsel for Plaintiff The Administrators of the Tulane Educational Fund*

*Kevin Hass*_____
Robert I. Siegel, 12063
 Erika Cunningham, 31890
Gieger, Laborde & Laperouse, L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
(504) 561-0400 (telephone)
(504) 561-1011 (fax)
rsiegel@glllaw.com
ecunningham@glllaw.com

-AND-

| | |
|---|---|
| *Edward J. Baines*_____ | Kevin Haas (admitted *pro hac vice*) |
| H. Minor Pipes, III, 24603 | Marianne May (admitted *pro hac vice*) |
| Christopher R. Teske, 27106 | Thomas Carruthers (admitted *pro hac vice*) |
| PIPES \| MILES \| BECKMAN, LLC | Clyde & Co US LLP |
| 1100 Poydras Street, Suite 1800 | 200 Campus Drive, Suite 300 |
| New Orleans, Louisiana  70163 | Florham Park, New Jersey  07932 |
| (504) 332-7070 (telephone) | (973) 210-6719 (telephone) |
| (504) 332-7520 (fax) | (973) 210-6701 (fax) |
| mpipes@pipesmiles.com | kevin.haas@clydeco.us |
| cteske@pipesmiles.com | marianne.may@clydeco.us |
| | thomas.carruthers@elydeco.us |
| -AND- | |
| | *Counsel for Defendant Illinois Union* |
| Edward J. Baines (admitted *pro hac vice*) | *Insurance Company* |
| Robin D. Leone (admitted *pro hac vice*) | |
| Saul Ewing Arnstein & Lehr LLP | |
| 500 East Pratt Street, 8th Floor | |
| Baltimore, Maryland  21202 | |
| (410) 332-8600 (telephone) | |
| (410) 332-8862 (fax) | |
| ted.baines@saul.com | |
| robin.leone@saul.com | |

*Counsel for Defendant Willis Towers Watson Southeast, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice as to Willis Towers Watson Southeast, Inc. was served upon all counsel of record this 9th day of January, 2023, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

                                                     *James M. Garner*_____
                                                     JAMES M. GARNER